RIORDAN, KAUDER & COMPANY, INC., v. CHRISTOPHER H. COUGHLIN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY E. MURDOCK v. REA ALLEN MURDOCK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SEBASTIAN S. KRESGE v. WILLIAM E. HUTTON and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of HENRIETTA E. PALMER for a Compulsory Account by W. ROWLAND COX and WILLIAM WOODWARD BALDWIN, as Executors and Trustees of CORTLANDT E. PALMER, Deceased. In the Matter of the Petition of KATHERINE VAN ARNHEM PALMER for a Compulsory Accounting by W. ROWLAND COX and WILLIAM WOODWARD BALDWIN, as Executors and Trustees of CORTLANDT E. PALMER, Deceased. In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM WOODWARD BALDWIN, One of the Executors and Trustees of CORTLANDT E. PALMER, Deceased. In the Matter of the Judicial Settlement of the Supplemental Account (Filed with the Referee) of WILLIAM WOODWARD BALDWIN and W. ROWLAND COX, as Executors and Trustees of CORTLANDT E. PALMER, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: RICHARD SICHEL v. LOUISA HANDELSMAN. KARL TAUSIG, Third Party, Respondent.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EMIL GROSS v. HENRY B. WELSH, Impleaded with B. TITMAN COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

ANA VEGAS and Another v. NERSES BEDROSIAN.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANDREW NICOLA REALTY CORPORATION v. HENRY GREEN and Others, Impleaded with ALBERT GROSS.— Motion granted, order resettled. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LAWRENCE S. HAYNES v. CLARKE D. PEASE, Impleaded with CLARKE D. PEASE, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM D. VAN DYKE v. BYRD M. LATHAM and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of MARTIN GROSSMAN, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SCHUYLKILL FUEL CORPORATION v. B. & C. NIEBERG REALTY CORPORATION, INC., and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLOTTE REIDER v. WILLIAM REIDER.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.